# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Pedro Saenz-Equade<br>YOB: 1972; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-05988 MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a), (b)(1) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about April 28, 2019, at or near Lukeville, in the District of Arizona, **Pedro Saenz-Equade**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas, on April 6, 2011, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

Count 2: On or about April 28, 2019, at or near Lukeville, in District of Arizona, **Pedro Saenz-Equade**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Pedro Saenz-Equade** is a citizen of Mexico. On April 6, 2011, **Pedro Saenz-Equade** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On April 28, 2019, agents found **Pedro Saenz-Equade** in the United States at or near Lukeville, Arizona, without the proper immigration documents. **Pedro Saenz-Equade** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Pedro Saenz-Equade** admitted to illegally entering the United States of America from Mexico on or about April 28, 2019, at or near Lukeville, Arizona, at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>JS2/JJO<br>AUTHORIZED AUSA /s/Julie Sottosanti | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 29, 2019 |

[1] See Federal Rules of Criminal Procedure Rules 3 and 54